```
                                                         USDC SDNY
                                                         DOCUMENT
UNITED STATES DISTRICT COURT                             ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                            DOC #:
                                                         DATE FILED: 08/24/2020
-------------------------------------------------------- X
 IN RE                                                   :
 477 WEST 142ND STREET HOUSING DEV.                      :
 FUND CORP.                                              :
                                        DEBTOR.          :
-------------------------------------------------------- X   20-CV-6771 (VEC)
 DR. QUEEN MOTHER DELOIS BLAKELY,                        :
                                                         :   ORDER
                                     APPELLANT,          :
                                                         :
 AMSTERDAM KEY ASSOCIATES LLC,                           :
                                                         :
                                      APPELLEE.          :
-------------------------------------------------------- :
                                                         X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the above-captioned bankruptcy appeal has been assigned to this Court;

IT IS HEREBY ORDERED that by **September 11, 2020**, the parties must confer and jointly submit a proposed briefing schedule in respect of Dr. Blakely's appeal from the judgment of the Bankruptcy Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to Dr. Blakely and note mailing on the docket.

**SO ORDERED.**

Date: **August 24, 2020**  
      **New York, New York**

_____  
**VALERIE CAPRONI**  
**United States District Judge**