USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
IN RE                                                          :
477 WEST 142ND STREET HOUSING DEV.                             :
FUND CORP.                                                     :
                                       DEBTOR.                 :
-------------------------------------------------------------- X     20-CV-6771 (VEC)
DR. QUEEN MOTHER DELOIS BLAKELY,                               :
                                                               :              ORDER
                                       APPELLANT,              :
                                                               :
AMSTERDAM KEY ASSOCIATES LLC,                                  :
                                                               :
                                       APPELLEE.               :
-------------------------------------------------------------- :
                                                               X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties were ordered to confer and jointly submit a proposed briefing schedule in respect of Dr. Blakely's appeal from the judgment of the Bankruptcy Court by Friday, September 11, 2020.

IT IS HEREBY ORDERED that the deadline to jointly submit a proposed briefing schedule is adjourned to **Friday, September 25, 2020**.  Please note that this deadline will not be adjourned again.  If the parties cannot agree on a briefing schedule, each must submit a proposed schedule by September 25, 2020.

IT IS FURTHER ORDERED that Dr. Blakely is to continue her attempts to secure counsel in this matter.  In addition to other efforts, Dr. Blakely should speak with the Consumer Bankruptcy Project at the City Bar Justice Center at 212-626-7383 and the New York Legal Assistance Group (NYLAG) at 212-659-6190.

The Clerk of Court is respectfully directed to mail a copy of this Order to Dr. Blakely and note mailing on the docket.

**SO ORDERED.**

_____

**Date:  September 11, 2020**  **VALERIE CAPRONI**
 **New York, New York** **United States District Judge**

2