USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE                                                        :
477 WEST 142ND STREET HOUSING DEV.                           :
FUND CORP.                                                   :
                          DEBTOR.       :
------------------------------------------------------------ X   20-CV-6771 (VEC)
DR. QUEEN MOTHER DELOIS BLAKELY,                             :
                                              :          ORDER
                                APPELLANT, :
                                               :
AMSTERDAM KEY ASSOCIATES LLC,                                :
                                 APPELLEE.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the Appellee's response to Appellant's opening brief is due no later than January 22, 2021 and Appellant's reply is due no later than February 12, 2021, Dkt. 18; and

       WHEREAS on December 29, 2020, Appellant filed a motion for the trustee to post a $10 million bond for misleading the Court, for an adjournment of her briefing deadline, for remedies regarding alleged damage to Appellants' home, and for an emergency judicial visit to her home to inspect alleged damage, Dkt. 19;

       IT IS HEREBY ORDERED that Appellant's motion for a bond is denied. To the extent Appellant's allegations relate to the appeal of the bankruptcy courts' decisions, Appellees should address them in their response brief, which is due no later than January 22, 2021. Appellant may then reply to Appellee's response on these issues as part of her reply brief, which is due no later than February 12, 2021.

       IT IS FURTHER ORDERED that Appellant's request for an adjournment of her briefing deadline to January 15, 2021 is denied as moot. Appellant has already filed her opening brief, and it was posted on the docket on December 16, 2020. *See* Dkt. 16. As Appellant has already

filed her opening brief and as her reply brief is not due until February 12, 2021 (Dkt. 18), there is no need for the Court to adjourn any of her briefing deadlines.

IT IS FURTHER ORDERED that Appellant's requests for remedies regarding alleged damage to her home and infringements on habitability and for a judicial inspection of the premises are denied.  The cases before the Court are appeals of decisions reached by the United States Bankruptcy Court of the Southern District of New York.  Alleged damage to Appellant's home and a lack of heat or other habitability concerns are not within the Court's jurisdiction.

The Clerk of Court is respectfully directed to close the open motion at docket entry 19. The Clerk is further ordered to mail a copy of this Order to Dr. Blakely and note mailing on the docket.

**SO ORDERED.**

Date:  December 30, 2020
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**