USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
IN RE                                                          :
477 WEST 142ND STREET HOUSING DEV.                             :
FUND CORP.                                                     :
                                     DEBTOR.                   :
-------------------------------------------------------------- X    20-CV-6771 (VEC)
DR. QUEEN MOTHER DELOIS BLAKELY,                               :    20-CV-7458 (VEC)
                                                               :    20-CV-7459 (VEC)
                                     APPELLANT,                :
                                                               :              ORDER
AMSTERDAM KEY ASSOCIATES LLC,                                  :
                                                               :
                                     APPELLEE.                 :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 4, 2020, Appellant filed an opening brief in her appeal of three orders entered by the Bankruptcy Court, Dkt. 16;

WHEREAS on January 21, 2021, Appellee filed a brief in opposition, Dkt. 21;

WHEREAS Appellant's reply brief in support of the appeal was due no later than Friday, February 12, 2021, Dkt. 17; and

WHEREAS no reply brief was filed by the deadline;

IT IS HEREBY ORDERED that Appellant's reply is due no later than **Friday, March 5, 2021**. If the *pro se* office does not receive the filing by March 5, 2021, the Court will consider the matter fully briefed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Dr. Blakely and to note mailing on the docket.

**SO ORDERED.**

Date:  February 22, 2021                                    _____
       New York, New York                                   **VALERIE CAPRONI
                                                            United States District Judge**