USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE                                                        :
477 WEST 142ND STREET HOUSING DEV.                           :
FUND CORP.                                                   :
                                       DEBTOR.               :
------------------------------------------------------------ X          20-CV-6771 (VEC)
DR. QUEEN MOTHER DELOIS BLAKELY,                             :          20-CV-7458 (VEC)
                                                             :          20-CV-7459 (VEC)
                                       APPELLANT,            :
                                                             :                 ORDER
AMSTERDAM KEY ASSOCIATES LLC,                                :
                                                             :
                                       APPELLEE.             :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 27, 2021, Appellant and her associate called Chambers to request

the right to reply to Appellee's letter at docket entry 43;

IT IS HEREBY ORDERED that Appellant's request to reply to Appellee's letter is

DENIED.

The Clerk of Court is respectfully directed to mail a copy of this Order to Dr. Blakely and

to note mailing on the docket.

**SO ORDERED.**

**Date:  April 27, 2021**                            _____
**       New York, New York**                        **VALERIE CAPRONI**
                                                     **United States District Judge**