USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
IN RE                                                         :
477 WEST 142ND STREET HOUSING DEV.                            :
FUND CORP.                                                    :
                                          DEBTOR.             :
------------------------------------------------------------- X      20-CV-6771 (VEC)
DR. QUEEN MOTHER DELOIS BLAKELY,                              :      20-CV-7458 (VEC)
                                                              :      20-CV-7459 (VEC)
                                          APPELLANT,          :
                                                              :           ORDER
AMSTERDAM KEY ASSOCIATES LLC,                                 :
                                                              :
                                          APPELLEE.           :
------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 21, 2020, Appellant filed a notice of appeal in this matter, *see* 20-CV-6771, Dkt. 1;

WHEREAS on September 11, 2020, Appellant filed two additional notices of appeal, *see* 20-CV-7458, Dkt. 1; 20-CV-7459, Dkt. 1;

WHEREAS on September 15, 2020, the undersigned accepted 20-CV-7458 and 20-CV-7459 as related to 20-CV-6771, and the cases were reassigned to the undersigned; and

WHEREAS one of Appellant's arguments is that the "Bankruptcy Court erred by holding the hearing [on April 23, 2020] without [Appellant's] presence," *see* 20-CV-6771, Dkt. 16 at 17;

IT IS HEREBY ORDERED that oral argument in this matter will be held on **Thursday, July 29, 2021 at 10:30 A.M.**

IT IS FURTHER ORDERED that each party will have 15 minutes for opening statements. The Court directs Appellant to focus her remarks on what she would have said at the April 23, 2020 hearing, had she attended.

IT IS FURTHER ORDERED that the hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that although the parties must attend the hearing in person, any interested members of the public may attend the hearing in person or remotely, by dialing 1-888-363-4749, using the access code 3121171 and the security code 6771.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

IT IS FURTHER ORDERED that this Order will be posted on ECF and mailed to Appellant.  Additionally, to verify that Appellant is aware of the hearing in a timely manner, Chambers will call Appellant to inform her of the date and time of the hearing.

The Clerk of Court is respectfully directed to mail a copy of this Order to Dr. Blakely and to note mailing on the docket.

**SO ORDERED.**

**Date:  July 20, 2021**
**New York, New York**

_____
VALERIE CAPRONI
United States District Judge

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.