USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
IN RE                                                        :
477 WEST 142ND STREET HOUSING DEV.                           :
FUND CORP.                                                   :
                                        DEBTOR.              :
------------------------------------------------------------ X    20-CV-6771 (VEC)
DR. QUEEN MOTHER DELOIS BLAKELY,                             :    20-CV-7458 (VEC)
                                                             :    20-CV-7459 (VEC)
                                        APPELLANT,           :
                                                             :         ORDER
AMSTERDAM KEY ASSOCIATES LLC,                                :
                                                             :
                                        APPELLEE.            :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS August 5, 2021, the parties appeared for oral argument; and

WHEREAS for the reasons stated at the conference, the Court highly encourages Appellee to consider participating in a settlement conference in this matter;

IT IS HEREBY ORDERED that by no later than **Friday, August 13, 2021**, Appellee must inform the Court whether it is interested in a settlement conference. If Appellee is interested in a settlement conference, the Court will schedule a conference for the following week.

The Clerk of Court is respectfully directed to mail a copy of this Order to Dr. Blakely and to note mailing on the docket.

**SO ORDERED.**

Date:  August 5, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**