USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
 IN RE                                                       :
 477 WEST 142ND STREET HOUSING DEV.                          :
 FUND CORP.                                                  :
                                       DEBTOR.               :
------------------------------------------------------------ X       20-CV-6771 (VEC)
 DR. QUEEN MOTHER DELOIS BLAKELY,                            :       20-CV-7458 (VEC)
                                                             :       20-CV-7459 (VEC)
                                       APPELLANT,            :
                                                             :            ORDER
 AMSTERDAM KEY ASSOCIATES LLC,                               :
                                                             :
                                       APPELLEE.             :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 21, 2021, the Court received a letter from Dr. Blakely in the mail that consisted of a copy of an email sent to Dr. Blakely from the attorney representing her in mediation;

WHEREAS the email contains privileged information between an attorney and his client; and

WHEREAS the Court doubts that Dr. Blakely intended to waive attorney client privilege;

IT IS HEREBY ORDERED that the copy of the email containing privileged information will be filed under seal with the Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to Dr. Blakely and to note the mailing on the docket.

**SO ORDERED.**

Date: **October 21, 2021**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**