## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

IN RE 477 WEST 142ND STREET HOUSING
DEV. FUND CORP.,

              Debtor.

-------------------------------------------------------------X

DR. QUEEN MOTHER DELOIS BLAKELY,

              Appellant,             20 **CIVIL** 6771 (VEC)
                                                                       20 **CIVIL** 7458 (VEC)
                                                                        20 **CIVIL** 7459 (VEC)

            -against-                                **<u>JUDGMENT</u>**

AMSTERDAM KEY ASSOCIATES LLC,

              Appellee.

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2022, the Bankruptcy Court's orders are AFFIRMED, and Appellant's appeals are DENIED; accordingly, cases 20-CV-6771, 20-CV-7458, and 20-CV-7459 are closed.

**Dated:** New York, New York
           June 13, 2022

                                                                            **RUBY J. KRAJICK**

                                                                             **Clerk of Court**

                                                  **BY:**   *K. Mango*

                                                                             **Deputy Clerk**